IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GURAL FOSTER                                                    PLAINTIFF

v.                              No. 4:19-cv-896-DPM

WELCARE HEALTH PLANS                                            DEFENDANT

ORDER

Foster's mail is being returned undelivered. № 4. Foster must update his address with the Clerk of Court by 18 February 2020. If he doesn't, then this case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2020