# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

GURAL FOSTER                                                          PLAINTIFF

v.                              No. 4:19-cv-896-DPM

WELCARE HEALTH PLANS                                                  DEFENDANT

## ORDER

1. Foster has updated his address. № 7. His motion to proceed *in forma pauperis* was denied, but he didn't know about the payment schedule. № 3 & № 4. Therefore, his first monthly payment of $100 is due by 24 February 2020. If no payment is made by then, the Court will dismiss his complaint without prejudice.

2. Foster must also file an amended complaint by 24 February 2020 which clarifies the jurisdictional facts. № 3. If he does not, the Court will dismiss his complaint without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2020