# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GURAL FOSTER**                                                    **PLAINTIFF**

v.                                        **No. 4:19-cv-896-DPM**

**WELCARE HEALTH PLANS**                                    **DEFENDANT**

## ORDER

Foster's mail is again being returned undelivered. *№ 9 & № 10.* The Court extends his deadline: his amended complaint and $100 of the filing fee are due by 13 March 2020. He must also update his address with the Clerk of Court by the same date. If he does not take these steps by the new deadline, then this case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_12 February 2020_