IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GURAL FOSTER                                                        PLAINTIFF

v.                        No. 4:19-cv-896-DPM

WELCARE HEALTH PLANS                                        DEFENDANT

## JUDGMENT

Foster's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 March 2020